**TIM CUNNINGHAM, OSB #100906**
timcunningham@dwt.com
**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**CHRIS SWIFT, OSB #154291**
chrisswift@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

> Attorneys for Plaintiffs Oregon Bankers Association,
> Lewis & Clark Bank, Bank of Eastern Oregon
> and People's Bank of Commerce

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **OREGON BANKERS ASSOCIATION, LEWIS & CLARK BANK, BANK OF EASTERN OREGON AND PEOPLE'S BANK OF COMMERCE,**<br><br>        **PLAINTIFFS**,<br><br>  v.<br><br>**STATE OF OREGON, ELLEN ROSENBLUM, in her official capacity as the Attorney General of the State of Oregon, and ANDREW STOLFI, in his official capacity as the Director of the Oregon Department of Consumer and Business Services,**<br><br>        **DEFENDANTS**. | Case No. 6:20-cv-01375-AA<br><br>**UNOPPOSED MOTION SETTING TIME FOR DEFENDANTS TO APPEAR** |

## LR 7-1 CERTIFICATION

Pursuant to L.R. 7.1(a)(3), counsel for Plaintiffs certifies that the parties have conferred, and counsel for Defendants does not oppose the relief requested by this Motion.

Page 1 - UNOPPOSED MOTION SETTING TIME FOR DEFENDANTS TO APPEAR

## MOTION

Pursuant to Fed. R. Civ. P. 6(b), Fed. R. Civ. P. 1, and the Court's inherent authority to manage its docket, Plaintiffs move the court for an order setting the date for Defendants to enter their first appearance as September 29, 2020.  This Motion is supported by the concurrently-filed declaration of Tim Cunningham ("Cunningham Dec.").

## FACTUAL BACKGROUND

Plaintiffs filed their complaint on August 13, 2020.  Dkt. 1.  That same day, counsel for Plaintiffs provided courtesy copies of the complaint via email to Steve Lippold, Chief Trial Counsel at the Oregon Department of Justice.  Cunningham Dec. ¶ 2.  Mr. Lippold responded and requested counsel for plaintiffs contact him regarding service.  *Id.*

On August 14, 2020, counsel for Plaintiffs conferred telephonically with Mr. Lippold.  *Id.* ¶ 3.  Mr. Lippold requested that due to the COVID-19 pandemic, Plaintiffs not attempt service on Defendants, but instead provide waivers.  *Id.*  Counsel for Plaintiffs responded that Plaintiffs were ready, willing, and able to effectuate service, and would prefer to effectuate service so as to ensure a 21-day appearance as opposed to a 60-day appearance.  *Id.; compare* Fed. R. Civ. P. 12(b)(a)(1)(A)(i), *with* Fed. R. Civ. P. 12(b)(a)(1)(A)(ii).  Mr. Lippold and counsel for Plaintiffs agreed that Plaintiffs would send waiver forms, but Defendants would appear within the time contemplated for perfected service.  Cunningham Dec. ¶ 4.  Counsel for Plaintiff provided waiver forms describing the parties' agreement.  *Id.*

On August 26, 2020, counsel for Plaintiffs conferred with Keith Ketterling, whom defendants have retained.  *Id.* ¶ 5.  Mr. Ketterling requested additional time to appear, until September 29, 2020.  *Id.*  Plaintiffs do not oppose that request.  *Id.*  However, counsel for Defendants (who have not yet returned the waiver forms) have raised that the agreed-upon September 29, 2020 date—while longer than the 21-days allowed a defendant served with process—is shorter than the 60-days provided to a defendant who returns a waiver.  *Id.*  The

Page 2 - UNOPPOSED MOTION SETTING TIME FOR DEFENDANTS TO APPEAR

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main ∙ (503) 778-5299 fax

parties have conferred and agree this motion is the appropriate mechanism to set a response date. *Id.* The parties do not make this request for purposes of delay.

## POINTS AND AUTHORITIES

Whether viewed as an extension of time to appear 21-days after Plaintiffs would have effectuated service, or an agreed-upon time by the parties for an appearance, the Court has authority to set the parties' agreed date, September 29, 2020, as the date for Defendants' first appearance. *See* Fed. R. Civ. P. 6(b), Fed. R. Civ. P. 1; *see also, e.g. Yong v. I.N.S.*, 208 F.3d 1116, 1119 (9th Cir. 2000) (court has "inherent authority to control its own docket and calendar").

## CONCLUSION

For the reasons outlined above, Plaintiffs request that the court grant Defendants until September 29, 2020 to enter their first appearance.

DATED this 10th day of September, 2020.

**DAVIS WRIGHT TREMAINE** LLP

By  s/ Tim Cunningham
    Tim Cunningham, OSB #100906
    timcunningham@dwt.com
    Chris Swift, OSB #154291
    chrisswift@dwt.com
    Telephone: (503) 241-2300
    Facsimile: (503) 778-5299

    Attorneys for Plaintiffs

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing **UNOPPOSED MOTION**

**SETTING TIME FOR DEFENDANTS TO APPEAR** on:

> Keith Ketterling
> Steve Berman
> Stoll Berne
> 209 SW Oak St., Ste. 500
> Portland, OR  97204
> Telephone (503) 227-1600
> Facsimile (503) 227-6840
> Email kketterling@stollberne.com; sberman@stollberne.com

> Of Attorneys for Defendants

☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☒ by emailing a copy thereof to said attorney at his/her last-known email address as set forth above.

Dated this 10th day of September 2020.

DAVIS WRIGHT TREMAINE LLP

By: s/ Tim Cunningham
    Tim Cunningham, OSB #100906
    Chris Swift, OSB #154291

    Of Attorneys for Plaintiffs

4812-9517-3322v.1 0116228-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax