**Keith Ketterling,** OSB No. 913368
**Steven C. Berman**, OSB No. 951769
**Megan K. Houlihan**, OSB No. 161273
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone:     (503) 227-1600
Facsimile:     (503) 227-6840
Email:         kketterling@stollberne.com
               sberman@stollberne.com
               mhoulihan@stollberne.com

*Special Assistant Attorneys General
for the State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| OREGON BANKERS ASSOCIATION, LEWIS & CLARK BANK, BANK OF EASTERN OREGON, AND PEOPLE'S BANK OF COMMERCE,<br><br>    Plaintiffs,<br><br>        v.<br><br>STATE OF OREGON, ELLEN ROSENBLUM, in her official capacity as the Attorney General of the State of Oregon, and ANDREW STOLFI, in his official capacity as the Director of the Oregon Department of Consumer and Business Services,<br><br>    Defendants. | Case No. 6:20-cv-01375-AA<br><br>**UNOPPOSED MOTION TO NOTIFY COURT OF SUPPLEMENTAL AUTHORITY** |

**Page 1 -** **UNOPPOSED MOTION TO NOTIFY COURT OF SUPPLEMENTAL AUTHORITY**

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

## MOTION AND LR 7-1(a) CERTIFICATION

Defendants hereby move to notify the Court of the recent decision in *Axos Bank v. Ellen F. Rosenblum, Attorney General of the State of Oregon*, Case No. 3:20-CV-01712-HZ, 2020 WL 7344594 (D. Or. Dec. 14, 2020) (attached as **Exhibit A**). Defendants provide this notice pursuant to Federal Rule of Civil Procedure 15(a)(2) and (d) and Local Rule 7-1(e)(3). The parties conferred pursuant to Local Rule 7-1, and Plaintiffs do not oppose the motion.

Under Federal Rule of Civil Procedure 15, "[o]n motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). Courts have construed this rule as providing a mechanism for parties to provide courts with supplemental authority decided after the parties submitted briefing. *See Nelson v. Network Infrastructure Corp.*, 2010 WL 11515662, at *1 (D. Ariz. Mar. 30, 2010) (considering supplemental authority under Federal Rule of Civil Procedure 15).

At issue in *Axos Bank* was the constitutionality of the same statute at issue in this case, House Bill 4204.[1] Defendants' Motion to Dismiss (ECF 13) is pending before the Court and will be heard on February 4, 2020. On December 14, 2020, after the parties' briefing on Defendants' pending motion before this Court had been completed, Judge Marco A. Hernández issued his decision in *Axos Bank*. Defendants thus move to notify the Court of Judge Hernandez's decision in *Axos Bank*.

Plaintiffs request the opportunity for supplemental briefing if the Court intends to consider the *Axos Bank* decision or issues it discusses. Plaintiffs propose the following supplemental briefing schedule: (a) Plaintiffs and Defendants each submit supplemental briefs, limited to seven pages, by 5:00 p.m. on January 8, 2020; (b) Plaintiffs and Defendants each submit replies to the supplemental briefs, limited to 5 pages, by 5:00 p.m. on January 15, 2020.

---

[1] House Bill 424 80th Leg., 1st Spec. Sess. (Or. 2020).

**Page 2 -  UNOPPOSED MOTION TO NOTIFY COURT OF SUPPLEMENTAL AUTHORITY**

Defendants submit that the *Axos Bank* decision speaks for itself, and that no supplemental briefing is necessary before the February 4, 2020 hearing on Defendants' pending motion. However, if the Court determines that supplemental briefing is warranted, Defendants request that any supplemental briefing is limited to three pages per side, submitted no later than January 15, 2020.

DATED this 4th day of January, 2021.

> Respectfully submitted,
>
> STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
>
> By: s/ Steven C. Berman
> **Keith Ketterling**, OSB No. 913368
> **Steven C. Berman**, OSB No. 951769
> **Megan K. Houlihan**, OSB No. 161273
>
> 209 SW Oak Street, Suite 500
> Portland, OR 97204
> Telephone: (503) 227-1600
> Facsimile: (503) 227-6840
> Email: kketterling@stollberne.com
> sberman@stollberne.com
> mhoulihan@stollberne.com
>
> *Special Assistant Attorneys General for the State of Oregon*

Page 3 -   UNOPPOSED MOTION TO NOTIFY COURT OF SUPPLEMENTAL AUTHORITY

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840