**TIM CUNNINGHAM, OSB #100906**
timcunningham@dwt.com
**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**CHRIS SWIFT, OSB #154291**
chrisswift@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Plaintiffs Oregon Bankers Association,
Lewis & Clark Bank, Bank of Eastern Oregon
and People's Bank of Commerce

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **OREGON BANKERS ASSOCIATION, LEWIS & CLARK BANK, BANK OF EASTERN OREGON AND PEOPLE'S BANK OF COMMERCE,**<br><br>     **PLAINTIFFS**,<br><br>  v.<br><br>**STATE OF OREGON, ELLEN ROSENBLUM, in her official capacity as the Attorney General of the State of Oregon, and ANDREW STOLFI, in his official capacity as the Director of the Oregon Department of Consumer and Business Services,**<br><br>     **DEFENDANTS**. | Case No. 6:20-cv-01375-AA<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

   Plaintiffs submit this supplemental authority in support of their opposition to Defendants' Motion to Dismiss. Attached as Exhibit 1 is a true and correct copy of House Bill 2009, signed by Governor Kate Brown on June 1, 2021. HB 2009 imposes similar restrictions to those challenged in this lawsuit for the duration of a new emergency period running from December

Page 1 – NOTICE OF SUPPLEMENTAL AUTHORITY

4840-9929-8285v.2 0116228-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

31, 2020 until at least June 30, 2021, which the governor may extend until December 31, 2021.

In footnote 4 of Defendants' Supplemental Brief, Defendants argued for the first time that "because HB 4204 expired December 31, 2020, this case may be moot in its entirety." ECF No. 19 at 5 n.4. As Plaintiffs explained at oral argument, the expiration of HB 4204's emergency period on December 31, 2020 does not moot the ongoing harm caused by that statute. The enactment of HB 2009 further undermines Defendants' arguments and demonstrates that, in any event, Plaintiffs' claim would still be justiciable as being capable of repetition and evading review.

DATED this 3rd day of June, 2021.

**DAVIS WRIGHT TREMAINE LLP**

By  s/ Tim Cunningham
Tim Cunningham, OSB #100906
timcunningham@dwt.com
Chris Swift, OSB #154291
chrisswift@dwt.com
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Plaintiffs

Page 2 – NOTICE OF SUPPLEMENTAL AUTHORITY

4840-9929-8285v.2 0116228-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax